UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                             Case No. 10-17596-BKC-PGH
                                                  Chapter 7
LEE, MICHAEL SCOTT
LEE, STEPHANIE BOTNER

Debtor(s).            

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The Trustee has a balance of $1.64 remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: April 20, 2011

                                                  _____
                                                  Robert C. Furr
                                                  2255 Glades Road, Ste 337W
                                                  Boca Raton FL 33431
                                                  Telephone: (561) 395-1840
                                                  Facsimile: (561) 338-7532
                                                  Email: trustee@furrtrustee.com

NAME:   LEE, MICHAEL SCOTT
        LEE, STEPHANIE BOTNER

CASE NO:  10-17596-BKC-PGH

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 3 | Ear Nose Throat Association S FL PA<br>900 NW 13th Street<br>Suite 206<br>Boca Raton, FL 33486-2350 | $113.73 | $1.64 |
| | | Total: | $1.64 |